UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TOMMY PHILLIPS, | ) CV 07-2897-DDP (SH) |
| | ) |
| | ) ORDER |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT L. AYERS, JR., et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's excessive force claims against Defendants Ayers and Campbell are dismissed, and Plaintiff's due process claim is dismissed in its entirety, all without leave to amend. The motion as the Free Exercise of Religion claim is also denied.

DATED: May 12, 2010

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE