UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TOMMY PHILLIPS, | ) CV 07-2897-DDP (SH) |
| | ) |
| Plaintiff, | ) ORDER ADOPTING AMENDED |
| | ) REPORT AND RECOMMENDATION |
| v. | ) OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| ROBERT AYERS, JR., et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

///

///

///

1

1     IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Amended Report and Recommendation, (2) granting Defendants' Motion for Summary Judgment; and (3) directing that Judgment be entered dismissing the action with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: _September 7, 2011__

_____
        DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE