UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TOMMY PHILLIPS,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT L. AYERS, JR., et al.,<br><br>            Defendants. | ) CV 07-2897-DDP (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  September 7, 2011

                                         DEAN D. PREGERSON<br>                                 UNITED STATES DISTRICT JUDGE