UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TOMMY PHILLIPS, | ) CV 07-2897-DDP (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT L. AYERS, JR., et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 7, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE